JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;  SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant DORIAN GOOD-DUNBAR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 13-00809  DLJ |
| Plaintiff, ) | STIPULATION BETWEEN DEF. DORIAN GOOD-DUNBAR & THE UNITED STATES TO JOINTLY REQUEST AN ORDER CONTINUING THE STATUS CONFERENCE FROM 8/21/14 TO 9/11/14 & [] ORDER RE SAME. |
| vs. ) | |
| MICHAEL J. WOODARD, REGAN M. OCHOA, DONTAVIOUS WILLIAMS, and DORIAN GOOD-DUNBAR, ) | |
| Defendants. ) | |

Defendant Dorian Good-Dunbar and Plaintiff United States of America stipulate to jointly request that the Court issue an order continuing the status conference from August 21, at 9:00 a.m., to September 11, 2014, at 9:00 a.m.  Both parties are requesting this continuance because there is a pending matter before Magistrate-Judge Paul Grewal which is scheduled to be heard on August 28, 2014.  The parties agree that resolution of that hearing before the Magistrate-Judge will facilitate the possible resolution of this case before the Court. Accordingly, both parties respectfully request that the Court continue the status conference from August 21, 2014, to September 11, 2014, at 9:00 a.m.

The parties also request that the Court make a finding, pursuant to 18 USC §3161 (h)(7)(B)(iv),  to exclude the time from August 21, 2014, to September11, 2014, in

1  computing the time for the application of the Speedy Trial Act, in order to maintain the
2  continuity of counsel and to reasonably prepare for the defense of this case, and that the
3  Court finds that the ends of justice served by the time exclusion outweigh the interest of the
4  public to a speedy trial.  It is so stipulated.

7  DATED:  August 18, 2014                    Respectfully submitted,

10                                                          /S/
                                                  JERRY Y. FONG, Attorney for Defendant
11                                                DORIAN GOOD-DUNBAR

13  DATED:   August 18, 2014                   Respectfully submitted,

17                                                          /S/
                                                  PHILIP A. KOPCZYNSKI, Special Assistant
18                                                United States Attorney

22                              [] ORDER
23      Pursuant to the Stipulation of the parties, and good cause appearing herein, it is hereby
24  ordered that the status conference shall be continued from August 21, 2014, to September 11,
    2014, at 9:00 a.m.
25
26      Furthermore, the Court orders that, pursuant to 18 USC §3161 (h)(7)(B)(iv), the time
27  period between August 21, 2014 and September 11, 2014, shall be excluded for purpose of
28  computing time for the application of the Speed Trial Act, and the Court finds that the

1  continuance and excluded time are necessary to maintain the continuity of counsel and to
2  reasonably prepare for the defense of this case, and that the ends of justice served by the
3  time exclusion outweigh the interest of the public to a speedy trial. It is so ordered.
4
5
6
7  DATED: ì⊞J⊞|
8                                    JUDGE OF THE UNITED
                                     STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28