1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  706 COWPER STREET;  SUITE 203
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant DORIAN GOOD-DUNBAR

6

7
                    UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,          )   CASE NO.   CR 13-00809  DLJ
                                      )
12       Plaintiff,                   )   STIPULATION BETWEEN DEF.
                                      )   DORIAN GOOD-DUNBAR & THE
13 vs.                                )   UNITED STATES TO JOINTLY
                                      )   REQUEST AN ORDER CONTINUING
14 MICHAEL J. WOODARD, REGAN M.       )   THE STATUS CONFERENCE FROM
   OCHOA, DONTAVIOUS WILLIAMS,        )   10/16/14 TO 12/11/14 & []
15 and DORIAN GOOD-DUNBAR,            )   ORDER RE SAME.
                                      )
16       Defendants.                  )
                                      )

17

18

19       Defendant Dorian Good-Dunbar and Plaintiff United States of America stipulate to
20 jointly request that the Court issue an order continuing the status conference from October
21 16, 2014 at 9:00 a.m., to December 11, 2014, at 9:00 a.m.  Both parties are stipulating to this
22 continuance at Ms. Dunbar's counsel's request.   Ms. Dunbar has been seeking outside
23 advice on the issue of her legal representation and needs more time to determine how she
24 wishes to proceed in this case.   Accordingly, both parties respectfully request that the Court
25 continue the status conference from October 16, 2014, to December 11, 2014, at 9:00 a.m.,
26 (or the new date, time, and place designated by the new judge to whom this case will be re-
27 assigned).
28       The parties also request that the Court make a finding, pursuant to 18 USC §3161

(h)(7)(B)(iv), to exclude the time from October 16, 2014, to December 11, 2014, in computing the time for the application of the Speedy Trial Act, in order to maintain the continuity of counsel and to reasonably prepare for the defense of this case, and that the Court finds that the ends of justice served by the time exclusion outweigh the interest of the public to a speedy trial. It is so stipulated.

DATED: October 14, 2014           Respectfully submitted,

                                                  /S/
                                    JERRY Y. FONG, Attorney for Defendant
                                    DORIAN GOOD-DUNBAR

DATED: October 14, 2014           Respectfully submitted,

                                                  /S/
                                    WILLIAM J. GULLOTTA, Assistant
                                    United States Attorney

## [] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing herein, it is hereby ordered that the status conference shall be continued from October 16, 2014, to December 11, 2014, at 9:00 a.m., (or at the time, date, and place designated by the new judge to whom this case will be re-assigned).

Furthermore, the Court orders that, pursuant to 18 USC §3161 (h)(7)(B)(iv), the time

1  period between October 16, 2014 and December 11, 2014, shall be excluded for purpose of
2  computing time for the application of the Speed Trial Act, and the Court finds that the
3  continuance and excluded time are necessary to maintain the continuity of counsel and to
4  reasonably prepare for the defense of this case, and that the ends of justice served by the
5  time exclusion outweigh the interest of the public to a speedy trial.  It is so ordered.

DATED:  

JUDGE OF THE UNITED
STATES DISTRICT COURT